UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 21-mj-10198- MAH |
| V. : | CONSENT ORDER |
| : | MODIFICATION OF CONDITIONS OF RELEASE |
| RABINE ARMOUR : | |

This matter having come before the Court on the application of the defendant, Rabine Armour, through his attorney, the Office of the Federal Public Defender (Linda D. Foster, Esq., Assistant Federal Public Defender) for an Order modifying the conditions of release set on June 10, 2021, authorizing defendant's release on bond with conditions, and the United States (Keith R. Travers, Special Assistant United States Attorney) and Pretrial Services having consented to the said modification,

It is on this 7th day of October 2021,

ORDERED that the bail previously set is modified to location monitoring with home detention and stationary and verifiable employment.

IT IS FURTHER ORDERED that all other conditions of release previously ordered shall remain in effect.

/s/ Jessica S. Allen
HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE