UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MODIFICATION OF PRE-TRIAL RELEASE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL** |
| PLAINTIFF, | | |
| | : | **CASE NO. 2:21-MJ-10198-MAH** |
| v. | | |
| | : | **NOTICE OF MOTION** |
| RABINE AMOUR | | |
| DEFENDANT. | : | |
| | : | |

To: Philip R. Sellinger
U.S. Attorney
U.S. Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102

**PLEASE TAKE NOTICE** that defendant Rabine Armour will be moving before the Honorable Michael A. Hammer, United States Magistrate Judge on March 21, 2022 for an order modifying his Pre-Trial release to have his residence changed to 208 S. Grove St. 2nd Floor in East Orange New Jersey 07017, his third party custodian to be changed to Tanisha Frye, and his home confinement modified to an 11pm curfew.

In support of this motion, we will rely on the attached certification as a brief is unnecessary due to the simplistic nature of the motion.

Law Office of Khari O. Moore, P.C.
Khari o. Moore, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Ph. No. 973-713-1263
Fax No. 888-505-8087
KhariMooreLaw@Gmail.com
Atty ID 136412014

Date: March 7, 2022