UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| PLAINTIFF, | : | |
| | : | CASE NO. 2:21-MJ-10198-MAH |
| V. | : | |
| | : | MODIFICATION OF RELEASE |
| RABINE AMOUR | | |
| DEFENDANT. | : | **CONSENT ORDER** |
| | : | |

**THIS MATTER** having been opened to the Court upon a Motion of the Law Office of Khari O. Moore, P.C. attorneys representing the Defendant, RABINE AMOUR, and good cause having been shown;

**IT IS ON THIS** 23rd **DAY OF** March 2022;

**ORDERED** that Mr. Armour place of residence for Pre-Trial release be modified to 208 S. Grove St., 2nd Floor, East Orange, New Jersey 07018;

**IT IS FURTHER ORDERED** that Tanisha Frye is hereby qualified and shall serve as third party custodian for Mr. Armour;

**IT IS FURTHER ORDERED** that Mr. Armour's home confinement be modified to an 11pm curfew.

S/André M. Espinosa
United States Magistrate Judge

We hereby consent to the above Order

S/Vinay Limbachia, Esq.
Vinay Limbachia, Esa.  AUSA

S/Khari Moore, Esq.
Khari Moore, Esq. for Rabine Amour